**Electronically Filed
Supreme Court
SCAD-14-0000353
27-NOV-2020
08:21 AM
Dkt. 87 ORD**

SCAD-14-0000353

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

STEPHEN CARL WOODRUFF, Respondent.

---

ORIGINAL PROCEEDING
(ODC 13-003-9073)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the November 12, 2020 motion, filed by Respondent Stephen Woodruff, which we deem a motion for reconsideration, and the exhibits and declarations submitted in support of that motion, and the record in this matter, we note that, pursuant to Rule 40(a) of the Hawaiʻi Rules of Appellate Procedure, the deadline for filing a motion for reconsideration of this court's October 11, 2016 order of disbarment was October 21, 2016 and therefore find that Respondent Woodruff's motion is untimely.  Therefore,

IT IS HEREBY ORDERED that Respondent Woodruff's motion for relief is denied in its entirety, without prejudice to his applying for reinstatement, pursuant to Rule 2.17 of the Rules of the Supreme Court of the State of Hawaiʻi, after November 10, 2021.

DATED: Honolulu, Hawaiʻi, November 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard

